IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG - 3 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____am_____
                    DEPUTY

UNITED STATES OF AMERICA

-vs-                                              CAUSE NO. A-15-CR-356-SS

VICTOR ANTOLIK

## VERDICT OF THE JURY

WE THE JURY RETURN AS OUR UNANIMOUS VERDICT:

We, the Jury, find the Defendant, Victor Antolik:

__Guilty__ as to Count One of the Indictment.
(Answer "Not Guilty" or "Guilty")

__Guilty__ as to Count Two of the Indictment.
(Answer "Not Guilty" or "Guilty")

__Guilty__ as to Count Three of the Indictment.
(Answer "Not Guilty" or "Guilty")

__Guilty__ as to Count Four of the Indictment.
(Answer "Not Guilty" or "Guilty")

__Guilty__ as to Count Five of the Indictment.
(Answer "Not Guilty" or "Guilty")

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

8/3/2016
Date