## Summary of Gross Receipts

| Bank | Name on Account | Signature | (SSN) | Deposits 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Undeposited Funds | | | 31,879 | 16,615 | 20,650 | 3,613 | | 72,757 |
| Broadway Bank | DBS Services, Inc | Victor Antolik; Ceferino Mata | DBS Services, Inc | 573,379 | 378,478 | 283,077 | 246,670 | 4,549 | 1,486,153 |
| Independent Bank fka Coupland State Bank | Victor Antolik dba Diversified Building Services | Victor Antolik | Victor Antolik | 141,081 | 53,564 | | | | 194,645 |
| Frost National Bank | Victor Antolik dba PIC Building Services | Victor Antolik | Victor Antolik | 67,675 | 140,655 | 57,488 | | | 265,818 |
| Wells Fargo Bank | Victor Antolik dba Diversified Building Services | Victor Antolik | DBS Services, Inc | | 95,530 | 57,499 | | | 153,029 |
| Sterling Bank | Brian Golden dba Diversified Building Service | Brian Golden | Brian Golden | | | 146,972 | 61,938 | 140,480 | 349,390 |
| First Capital Bank | Diversified Building Services, Inc dba Partners in Cleaning | Victor Antolik | DBS Services, Inc | | | 46,118 | 228,025 | 69,935 | 344,078 |
| Bank of America | Joyce Rodriguez dba Diversified Building Service | Joyce Rodriguez | DBS Services, Inc | | | | | 152,596 | 152,596 |
| | | | | 814,014 | 684,842 | 611,804 | 540,246 | 367,560 | 3,018,466 |
| Charles Schwab | DGI Investments, Inc | Derek Shannon; Victor | n/a | 118,300 | 146,188 | 59,385 | 26,000 | 50,980 | 400,853 |



Exhibit A