Tax Loss Calculation

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|
| DBS Services (Omitted @ 25%) | $ 203,504 | $ 171,211 | $ 152,951 | $ 135,062 | $ 91,890 | n/a | n/a | $ 754,617 |
| Victor Antolik (Omitted @ 28%) | n/a | n/a | n/a | n/a | 6,857 | 17,286 | 66,056 | 90,199 |
| Sales Tax (@ 8.25%) | 29,636 | 41,777 | 35,735 | 32,222 | 28,946 | n/a | n/a | 168,316 |
| Total Tax Harm | $ 233,140 | $ 212,988 | $ 188,686 | $ 167,283 | $ 127,693 | $ 17,286 | $ 66,056 | $ 1,013,132 |
| | | | | | | | | |
| DGI Investments (Net @ 28%) | 28,924 | 7,516 | 15,228 | 7,280 | 12,594 | - | - | 71,542 |
| Total Tax Harm w DGI | $ 262,064 | $ 220,504 | $ 203,914 | $ 174,563 | $ 140,288 | $ 17,286 | $ 66,056 | $ 1,084,674 |

**Exhibit B**