Underreported Sales Tax Receipts

|  | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|
| Deposits (& Undeposited) | $ 814,014 | $ 684,842 | $ 611,804 | $ 540,246 | $ 367,560 | $ 3,018,466 |
| Reported Sales | | | | | | |
| January |  | 53,919 | 26,159 | 9,412 | 15,524 | 5,231 |
| February |  | 56,882 | 26,637 | 15,220 | 14,190 | 6,252 |
| March |  | 59,111 | 26,637 | 15,220 | 15,524 | 5,216 |
| April |  | 41,129 | 13,403 | 15,220 | 17,826 |  |
| May |  | 42,721 | 12,851 | 15,220 | 16,826 |  |
| June |  | 34,344 | 12,851 | 15,220 | 15,782 |  |
| July |  | 27,833 | 12,851 | 15,524 | 16,382 |  |
| August |  | 32,182 | 9,412 | 15,524 | 10,631 |  |
| September |  | 26,378 | 9,412 | 15,524 | 9,128 |  |
| October |  | 25,829 | 9,412 | 15,524 |  |  |
| November |  | 27,230 | 9,412 | 15,524 | 8,664 |  |
| December |  | 27,230 | 9,412 | 15,524 | 9,202 |  |
| Total Reported | $ 454,788 | $ 178,449 | $ 178,656 | $ 149,679 | $ 16,699 | $ 978,271 |
| Unreported Sales | $ 359,226 | $ 506,393 | $ 433,148 | $ 390,567 | $ 350,861 | $ 2,040,195 |
| Additional Sales Tax @ 8.25% | $ 29,636 | $ 41,777 | $ 35,735 | $ 32,222 | $ 28,946 | $ 168,316 |

**Exhibit C**