```
PROGRAM: T00100                                                                          DATE: 06/27/16
                                                                                         PAGE:        1
                              COMPTROLLER OF PUBLIC ACCOUNTS
                           LIMITED SALES, EXCISE, AND USE TAX
                           TAXPAYER HISTORY FROM 9901 TO 0403
                                  SUMMARY INFORMATION

TAXPAYER #:         732

DBS SERVICES INC                                       PHONE NUMBER:     210-805-9957
4107 MEDICAL DR APT 1102                               SEC ADDRESS :             YES
SAN ANTONIO                       TX   78229           CNTY/ST CODE:             015
                                                       FIELD OFFICE:             2H60

LAST REPORT FILED: 0403                                ACCOUNT STATUS:    OOB - MONTHLY
OPEN LIABILITIES:     2                                RESP BEG DATE:       01/01/1999
OPEN CREDITS:         0                                RESP END DATE:       03/31/2004
OPEN NON-FILERS:      0                                ORGANIZATION TYPE: TEXAS PROFIT CORP
TOTAL NON-FILERS:     0                                PAYEE HOLD WAIVED:
NUMBER HOT CHECKS:    0                                AUDIT STATUS:     NEVER AUDITED
PRIORITY FLAG:       NO                                MGMT HALT STATUS: NO MGMT HALT
PPA:                 NO                                REROUTE DEST:
LIENS:                0                                BANKRUPT STATUS:               NO
JUDGEMENTS:          NO
```

```
PROGRAM: T00120                                                                                                    DATE:  06/27/16
                                                                                                                   PAGE:        2

                                       COMPTROLLER OF PUBLIC ACCOUNTS
                                    LIMITED SALES, EXCISE, AND USE TAX
                                    TAXPAYER HISTORY FROM 9901 TO 0403
                                        OUTLET SUMMARY INFORMATION


TAXPAYER #:            32 - DBS SERVICES INC

OUTLET NUMBER:              00001

DBS SERVICES INC
1802 NE LOOP 410 STE 7B
SAN ANTONIO TX 78217-5203

LOCATION STATUS:       RESPONSIBILITY ENDED
PERMIT STATUS:                    PERMITTED       FILING SCHEME:      OUTLET
FIRST BUSINESS DATE:             01/01/1999       CITY LIMITS:        INSIDE
OOB DATE:                        09/30/2003

OUTLET NUMBER:              00002

DBS SERVICES INC
4107 MEDICAL DR APT 1102
SAN ANTONIO TX 78229-5621

LOCATION STATUS:       RESPONSIBILITY ENDED
PERMIT STATUS:                NOT PERMITTED       FILING SCHEME:      OUTLET
FIRST BUSINESS DATE:             10/01/2003       CITY LIMITS:        INSIDE
OOB DATE:                        03/31/2004
```

```
PROGRAM: T26120                                                                                                    DATE:  6/27/16
TIME: 15:13:56                                                                                                     PAGE:      3

                                         COMPTROLLER OF PUBLIC ACCOUNTS
                                           LIMITED SALES, EXCISE, AND USE TAX
                                       TAXPAYER HISTORY FROM 9901 TO 0403
                                          DATA INFORMATION BY OUTLET

TAXPAYER #:               32
TAXPAYER NAME: DBS SERVICES INC

OUTLET: 00001
```

| PERIOD | TCODE | DLN REF | PMK DATE | TOTAL SALES | TAXABLE SALES | TAXABLE PURCHASES | STATE AMT SUBJ TO TAX | LOCAL AMT SUBJ TO TAX | TOTAL TAX DUE |
|---|---|---|---|---|---|---|---|---|---|
| 9901 | 26140 | 99048042090 | 02/16/99 | 85,633 | 85,633 | 0 | 85,633 | 85,633 | 6,636.55 |
| 9902 | 26140 | 11699005429 | 03/27/99 | 81,613 | 81,613 | 0 | 81,613 | 81,613 | 6,325.00 |
| 9903 | 26140 | 11699005423 | 04/20/99 | 71,828 | 71,828 | 0 | 71,828 | 71,828 | 5,566.67 |
| 9904 | 26150 | 18299005595 | 05/20/99 | 82,739 | 82,739 | 0 | 82,739 | 82,739 | 6,412.26 |
| 9905 | 26100 | 18299000645 | 06/21/99 | 67,979 | 67,979 | 0 | 67,979 | 67,979 | 5,268.36 |
| 9906 | 26140 | 18299000904 | 07/20/99 | 74,109 | 74,109 | 0 | 74,109 | 74,109 | 5,743.44 |
| 9907 | 26140 | 99233257596 | 08/20/99 | 67,900 | 67,900 | 0 | 67,900 | 67,900 | 5,262.25 |
| 9908 | 26140 | 27499006925 | 09/20/99 | 52,253 | 52,253 | 0 | 52,253 | 52,253 | 4,049.60 |
| 9909 | 26140 | 99295371616 | 10/20/99 | 57,425 | 57,425 | 0 | 57,425 | 57,425 | 4,450.43 |
| 9910 | 26140 | 99328170249 | 11/22/99 | 62,294 | 62,294 | 0 | 62,294 | 62,294 | 4,827.78 |
| 9911 | 26140 | 21000001218 | 12/20/99 | 44,555 | 44,555 | 0 | 44,555 | 44,555 | 3,453.00 |
| 9912 | 26140 | 54286973 | 01/20/00 | 53,919 | 53,919 | 0 | 53,919 | 53,919 | 4,178.71 |
| 0001 | 26140 | 26396523 | 02/22/00 | 53,919 | 53,919 | 0 | 53,919 | 53,919 | 4,178.71 |
| 0002 | 26140 | 84201607 | 03/22/00 | 44,555 | 44,555 | 0 | 44,555 | 44,555 | 3,453.00 |
| 0003 | 26140 | 12400010580 | 04/19/00 | 56,092 | 56,092 | 0 | 56,092 | 56,092 | 4,347.13 |
| 0004 | 26140 | 14432B3894 | 05/22/00 | 58,361 | 58,361 | 0 | 58,361 | 58,361 | 4,522.97 |
| 0005 | 26140 | 17328480S | 06/20/00 | 40,051 | 40,051 | 0 | 40,051 | 40,051 | 3,103.94 |
| 0006 | 26140 | 20403052I7 | 07/20/00 | 42,373 | 42,373 | 0 | 42,373 | 42,373 | 3,283.90 |
| 0007 | 26140 | 23736390 3 | 08/21/00 | 34,344 | 34,344 | 0 | 34,344 | 34,344 | 2,661.66 |
| 0008 | 26140 | 27015020 2 | 09/20/00 | 26,878 | 26,878 | 0 | 26,878 | 26,878 | 2,083.04 |
| 0009 | 26140 | 29937196 3 | 10/20/00 | 32,182 | 32,182 | 0 | 32,182 | 32,182 | 2,494.10 |
| 0010 | 26140 | 36200093 42 | 12/27/00 | 26,378 | 26,378 | 0 | 26,378 | 26,378 | 2,045.29 |
| 0011 | 26140 | 35630 1290 | 12/20/00 | 25,829 | 25,829 | 0 | 25,283 | 25,283 | 2,025.15 |
| 0012 | 26150 | 66010 12410 | 01/22/01 | 27,230 | 27,230 | 0 | 27,230 | 27,230 | 2,144.35 |
| 0101 | 26150 | 10524 33086 | 02/20/01 | 26,159 | 26,159 | 0 | 26,159 | 26,159 | 2,060.01 |
| 0102 | 26140 | 10803142 91 | 03/20/01 | 26,637 | 26,637 | 0 | 26,637 | 26,637 | 2,097.66 |
| 0103 | 26140 | 11162 84551 | 04/20/01 | 26,637 | 26,637 | 0 | 26,637 | 26,637 | 2,097.66 |
| 0104 | 26140 | 11437 23S4 | 05/21/01 | 13,403 | 13,403 | 0 | 13,403 | 13,403 | 1,055.47 |
| 0105 | 26140 | 19301000 202 | 06/20/01 | 12,851 | 12,851 | 0 | 12,851 | 12,851 | 1,012.00 |
| 0106 | 26140 | 12042 21766 | 07/20/01 | 12,851 | 12,851 | 0 | 12,851 | 12,851 | 1,012.00 |
| 0107 | 26140 | 12333 24749 | 08/20/01 | 12,851 | 12,851 | 0 | 12,851 | 12,851 | 1,012.00 |
| 0108 | 26140 | 12672 93914 | 09/20/01 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0109 | 26140 | 12993 60248 | 10/22/01 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0110 | 26140 | 13252 81202 | 11/20/01 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0111 | 26140 | 13552 72172 | 12/20/01 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0112 | 26140 | 20243 65785 | 01/22/02 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0201 | 26140 | 20542 50648 | 02/20/02 | 9,412 | 9,412 | 0 | 9,412 | 9,412 | 741.19 |
| 0202 | 26140 | 20843 32550 | 03/20/02 | 15,220 | 15,220 | 0 | 15,220 | 15,220 | 1,198.57 |
| 0203 | 26140 | 21116 3030 | 04/22/02 | 15,220 | 15,220 | 0 | 15,220 | 15,220 | 1,198.57 |
| 0204 | 26140 | 21423 30973 | 05/20/02 | 15,220 | 15,220 | 0 | 15,220 | 15,220 | 1,198.57 |
| 0205 | 26140 | 21722 75829 | 06/20/02 | 15,220 | 15,220 | 0 | 15,220 | 15,220 | 1,198.57 |
| 0206 | 26150 | 21302 04152O | 07/22/02 | 15,220 | 15,220 | 0 | 15,220 | 15,220 | 1,198.57 |
| 0207 | 26140 | 22353 51269 | 08/20/02 | 15,524 | 15,524 | 0 | 15,524 | 15,524 | 1,222.51 |
| 0208 | 26140 | 22672 86064 | 09/20/02 | 15,524 | 15,524 | 0 | 15,524 | 15,524 | 1,222.51 |
| 0209 | 26140 | 22993 26601 | 10/21/02 | 15,524 | 15,524 | 0 | 15,524 | 15,524 | 1,222.51 |
| 0210 | 26140 | 23272 63325 | 11/20/02 | 15,524 | 15,524 | 0 | 15,524 | 15,524 | 1,222.51 |

```
PROGRAM: T26120                                                                                         DATE:  6/27/16
TIME: 15:13:56                                                                                          PAGE:        4

                                            COMPTROLLER OF PUBLIC ACCOUNTS
                                         LIMITED SALES, EXCISE, AND USE TAX
                                       TAXPAYER HISTORY FROM 9901 TO 0403
                                            DATA INFORMATION BY OUTLET

TAXPAYER #:            32
TAXPAYER NAME: DBS SERVICES INC

OUTLET: 00001 CON'T

                                                                   TAXABLE    STATE AMT    LOCAL AMT
                    DIN                          TOTAL    TAXABLE  PURCHASES  SUBJ TO TAX  SUBJ TO TAX   TOTAL
PERIOD  TCODE       REF             PMK DATE     SALES    SALES                                         TAX DUE
------  -----       ----------      --------     -------  -------  --------   -----------  -----------  --------
0211    26140       235526575l      12/20/02     15,524   15,524        0     15,524       15,524       1,222.51
0212    26140       302325236l      01/21/03     15,524   15,524        0     15,524       15,524       1,222.51
0301    26140       305892397       02/20/03     15,524   15,524        0     15,524       15,524       1,222.51
0302    26140       308334350       03/20/03     14,190   14,190        0     14,190       14,190       1,117.45
0303    26140       311927211       04/21/03     15,524   15,524        0     15,524       15,524       1,222.51
0304    26140       314234670       05/20/03     17,826   17,826        0     17,826       17,826       1,403.79
0305    26140       317429172       06/20/03     16,826   16,826        0     16,826       16,826       1,325.04
0306    26140       238030505       08/26/03     15,782   15,782        0     15,782       15,782       1,242.82
0307    26140       238030506       08/19/03     16,382   16,382        0     16,382       16,382       1,290.07
0308    26140       326726169       09/22/03     10,631   10,631        0     10,631       10,631         837.18
0309    26140       329428434       10/20/03      9,128    9,128        0      9,128        9,128         718.83
                                              =========  =========  =======  ==========   ==========   ==========
                                              1,745,953  1,742,032        0  1,742,032    1,741,486    135,709.69
```

```
PROGRAM: T26120                                                                                    DATE: 6/27/16
TIME: 15:13:56                                                                                     PAGE:     5

                                      COMPTROLLER OF PUBLIC ACCOUNTS
                                   LIMITED SALES, EXCISE, AND USE TAX
                                  TAXPAYER HISTORY FROM 9901 TO 0403
                                      DATA INFORMATION BY OUTLET


TAXPAYER #:              32
TAXPAYER NAME: DBS SERVICES INC

OUTLET: 00002

                    DLN                         TAXABLE   TAXABLE   STATE AMT    LOCAL AMT    TOTAL
PERIOD  TCODE       REF          PMK DATE  TOTAL SALES  SALES  PURCHASES  SUBJ TO TAX  SUBJ TO TAX  TAX DUE
------  -----       ---          --------  -----------  -----  ---------  -----------  -----------  -------
0310    26104   334694 1723      12/12/03      8,664    8,664       0         8,664        8,664      682.29
0311    26140   335729 6627      12/22/03      9,202    8,202       0         8,202        8,202      645.90
0312    26140   402225 0163      01/20/04      5,231    5,231       0         5,231        5,231      411.93
0401    26140   405426 0788      02/20/04      6,252    6,252       0         6,252        6,252      492.34
0402    26140   408330 5104      03/22/04      5,216    5,216       0         5,216        5,216      410.76
0403    26140   416733 0735      06/12/04
                                           ===========  =====  =========  ===========  ===========  =========
                                              34,565   33,565       0        33,565       33,565    2,643.22
```