## Government's Alternative Calculation

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2007 | 2008 | Total |
|---|---|---|---|---|---|---|---|---|
| DBS Services | 3,197 | 55,159 | 37,057 | 38,238 | 82,706 | n/a | n/a | 216,357 |
| Victor Antolik (Incl SE Tax) | 7,040 | 74,249 | 55,684 | 50,584 | 72,728 | 5,146 | 27,516 | 292,947 |
| Total Restitution | 10,237 | 129,408 | 92,741 | 88,822 | 155,434 | 5,146 | 27,516 | 509,304 |
| Sales Tax | 29,636 | 41,777 | 35,735 | 32,222 | 28,946 | n/a | n/a | 168,316 |
| Total Tax Harm | 39,873 | 171,185 | 128,476 | 121,044 | 184,380 | 5,146 | 27,516 | 677,620 |

Tovar's comps adjusted for the following assumptions
Utilizes IRS Gross Receipts
Incorporated 1999 NOL Carryforward to 2000 of $58K
Accepts Tovar Expenses w/ exception:    Div Bldg Services $321K in sales tax is not deductible by DBS Services (2000);
All corporate profits were distributed as constructive dividends.



Exhibit
E