Summary of Recent Cash Withdrawals
by Victor Antolik
from Account # 6327508096
at Wells Fargo Bank

| Date | Time | Branch | Amount |
|---|---|---|---:|
| 6/29/16 | 3:32 PM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/1/16 | 1:22 PM | 3949 S. Lamar Blvd, Austin, TX 78704 | 5,000.00 |
| 7/2/16 | 1:09 PM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/6/16 | 10:47 AM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 2,500.00 |
| 7/7/16 | 10:48 AM | 3949 S. Lamar Blvd, Austin, TX 78704 | 5,000.00 |
| 7/8/16 | 11:09 AM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/9/16 | 12:37 PM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/11/16 | 11:12 AM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 2,947.75 |
| 7/11/16 | 2:05 PM | 3949 S. Lamar Blvd, Austin, TX 78704 | 5,000.00 |
| 7/12/16 | 1:44 PM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/12/16 | 5:34 PM | 6501 Airport Blvd, Austin, TX 78752 | 5,000.00 |
| 7/13/16 | 4:10 PM | 3949 S. Lamar Blvd, Austin, TX 78704 | 5,000.00 |
| 7/13/16 | 4:38 PM | 501 S. Congress Ave, Austin, TX 78704 | 5,000.00 |
| 7/14/16 | 10:56 AM | 1111 S. Austin Ave, Georgetown, TX 78626 | 5,000.00 |
| 7/14/16 | 2:06 PM | 3949 S. Lamar Blvd, Austin, TX 78704 | 5,000.00 |
| 7/15/16 | 9:32 AM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| 7/15/16 | 10:22 AM | 271 University Blvd, Round Rock, TX 78665 | 5,000.00 |
| 7/15/16 | 10:26 AM | 271 University Blvd, Round Rock, TX 78665 | 5,000.00 |
| 7/20/16 | 2:55 PM | 1201 Barbara Jordan Blvd, Austin, TX 78723 | 5,000.00 |
| | | | 90,447.75 |

**Exhibit**
G